ROBERT W. LYONS (45548)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, CA 94544
(510)782-6161 Telephone
(510) 782-3519 Facsimile

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 02-20059 JF |
| Plaintiff, ) | STIPULATION ALLOWING TRAVEL |
| vs. ) | |
| ED COSTA, ) | |
| Defendant. ) | |

Defendant, Ed Costa hereby respectfully requests permission of this court to travel to Las Vegas Nevada.  Defendant is traveling to Las Vegas, Nevada to investigate the future possibility of relocating to this area with his wife to accommodate her doctor's recommendation of living in a dry desert climate and visit University of Nevada Las Vegas to evaluate the medical clinics there for his wife.  The defendant will be driving and will stop in Barstow going and coming back to allow his wife to rest from the drive.  He will be staying at the following hotels on the dates listed below.

June 9-Country Inn and Suites, 2812 Lenwood Road, Barstow, California 92311, (760) 307-3121, June 10th through 13th-Polo Tower Suites, 3745 Las Vegas Boulevard, Las Vegas, Nevada 89109, (702) 261-1000, June 14th-Country Inn and Suites, 2812 Lenwood Road, Barstow, California 92311 (760)307-3121 and June 15th defendant will arrive back in San Jose, Calfiornia.

STIPULATION ALLOWING TRAVEL - 1

Defendant's Pretrial Officer, Ms. Sarahmand has been contacted and has no objections to defendant's request for trial. Jeff Nedrow, Assistant United States Attorney has also been contacted and has no objections to defendant's request for travel.

Dated this 8th day of June 2011

Respectfully Submitted,

_/s/Robert W. Lyons_____
Robert W. Lyons
Attorney for Defendant

It is Hereby Ordered:

_____
Honorable Jeremy Fogel
United States District Judge

Dated: 6/8/11

STIPULATION ALLOWING TRAVEL - 2